UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KARA HOWLAND,<br><br>Defendant | Criminal No. 21cr10002<br><br>Violations:<br><br><u>Count One</u>: Bank Fraud<br>(18 U.S.C. § 1344)<br><br><u>Count Two</u>: Filing a False Tax Return<br>(26 U.S.C. § 7206(1))<br><br><u>Forfeiture Allegation</u>:<br>(18 U.S.C. § 982(a)(2)(A)) |

<u>INFORMATION</u>

At all times relevant to this Information:

<u>General Allegations</u>

1. Defendant KARA HOWLAND ("HOWLAND") was an individual who resided in New Bedford, Massachusetts.

2. Company A was a privately owned seafood harvesting and processing company located in New Bedford, Massachusetts.

3. Company A employed HOWLAND as an accountant and bookkeeper. In this role, HOWLAND was responsible for processing checks to be paid to vendors from Company A's bank account. HOWLAND was not authorized to sign checks, but printed checks for Company A's president to sign.

4. Prior to in or about June 2018, Company A maintained a checking account ending in 2439 at Webster Bank. In or about June 2018, Company A moved its banking to Bristol County Savings Bank and opened a checking account ending in 7401.

5. Webster Bank was a financial institution as defined in 18 U.S.C. § 20.

6. Bristol County Savings Bank was a financial institution as defined in 18 U.S.C. § 20.

### Bank Fraud Scheme

7. Beginning no later than January 2016 and continuing through in or about December 2019, HOWLAND stole close to $600,000 from Company A by writing checks from Company A's 2439 and 7401 accounts to pay her credit card bills. As part of the scheme, HOWLAND forged the signature of Company A's president on the checks before mailing them to Capital One Bank in North Carolina or Barclay's Bank in Pennsylvania. HOWLAND did so without Company A's authorization.

8. To conceal her scheme, HOWLAND altered Company A's accounting records by typing the name of a legitimate purported payee in place of her name in the company's internal accounting system, to make it appear as though the checks had been written for a valid business purpose.

9. In total, HOWLAND embezzled approximately $598,241.52 from Company A's accounts at Webster Bank and Bristol County Savings Bank by writing unauthorized checks.

### The False Tax Returns

10. In an effort to conceal and prevent detection of her scheme, HOWLAND did not report the funds that she fraudulently obtained from Company A on her federal income tax filings. As a result, between 2016 and 2019, HOWLAND failed to report or pay taxes on approximately $598,241.52 she stole from Company A.

## COUNT ONE
## Bank Fraud
## (18 U.S.C. § 1344)

The United States Attorney charges:

11.     The United States Attorney re-alleges and incorporates by reference paragraphs 1-10 of this Information.

12.     On or November 8, 2019, in the District of Massachusetts and elsewhere, the defendant,

## KARA HOWLAND,

did knowingly execute and attempt to execute a scheme and artifice to defraud a federally insured financial institution, that is, Bristol County Savings Bank, and to obtain moneys, funds, credits, assets, securities and other property owned by and under the custody and control of Bristol County Savings Bank, by means of materially false and fraudulent pretenses, representations, and promises, in that, defendant, without authorization, issued Check No. 44162, made payable to Barclays Bank, drawn on Company A's Bristol County Savings Bank account ending in 7401, in the amount of $5,546.48.

All in violation of Title 18, United States Code, Section 1344.

## COUNT TWO
Filing a False Tax Return
(26 U.S.C. § 7206(1))

The United States Attorney further charges:

13. The United States Attorney re-alleges and incorporates by reference paragraphs 1-10 of this Information.

14. On or about February 17, 2019, in the District of Massachusetts and elsewhere, the defendant,

### KARA HOWLAND,

did willfully make and subscribe a U.S. Individual Income Tax Return, Form 1040, for the tax year 2018, which was verified by a written declaration that it was made under the penalties of perjury, and which was filed with the Internal Revenue Service, and which return the defendant did not believe to be true and correct as to every material matter in that the return reported an adjusted gross income of $74,733, when defendant then and there knew that the gross income she actually received for tax year 2018 substantially exceeded the amount reported.

All in violation of Title 26, United States Code, Section 7206(1).

FORFEITURE ALLEGATION
(18 U.S.C. § 982(a)(2)(A))

The United States Attorney further alleges:

15. Upon conviction of the offense in violation of Title 18, United States Code, Section 1344, set forth in Count One, the defendant,

KARA HOWLAND,

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(A), any property constituting, or derived from, proceeds obtained directly or indirectly as a result of such offenses. The property to be forfeited includes, but is not limited to, the following:

    a. $598,241.52, to be entered in the form of a forfeiture money judgment.

16. If any of the property described in Paragraph 15, above, as being forfeitable pursuant to Title 18, United States Code, Section 982(a)(2), as a result of any act or omission of the defendant --

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 18, United States Code, Section 982(b), incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 15 above.

    All pursuant to Title 18, United States Code, Section 982(a)(2).

ANDREW E. LELLING
UNITED STATES ATTORNEY

By: *Kristen A. Kearney*
KRISTEN A. KEARNEY
Assistant United States Attorney